■ YASEEN SALAM, Individually and as Executrix of Mo- HAMED SALAM, Deceased, Respondent, v JOGINDER BHAYANA et al., Appellants.—Order unanimously affirmed without costs (see, *Tewari v Tsoutsouras*, 75 NY2d 1). (Appeal from order of Supreme Court, Erie County, Wolf, J.—dismiss action.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.